FILED

05/23/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0667

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0667

_____

MONTANA DEMOCRATIC PARTY and MITCH
BOHN, WESTERN NATIVE VOICE, et al.,
MONTANA YOUTH ACTION, et al.,,

      Plaintiffs and Appellees,

v.

                                      O R D E R

CHRISTI JACOBSEN, in her official capacity as
Montana Secretary of State,

      Defendant and Appellant.

_____

After reviewing the Amicus brief for Lawyers Democracy Fund in the above captioned matter, filed on May 23, 2023, this Court has determined that the brief does not comply with the Montana Rules of Appellate Procedure for the below-referenced reasons and must be resubmitted.

Rule 13(2) requires Amicus to file a signed original brief and copies with Clerk of the Supreme Court. The original of Amicus's brief is unsigned, and thus not in compliance with the Rules. Simply listing the name of the attorney, though it does serve the function of identifying who submitted the brief, does not certify the attorney's compliance with the Montana Rules of Civil Procedure. *See* M. R. Civ. P. Rule 11.

Further, pursuant to M. R. App. P. 11(4)(e), a signed Certificate of Compliance stating the document's line spacing and either: (1) the document is proportionately spaced, together with the typeface, point size, and word count; or (2) the document uses a monospaced typeface, together with the number of characters per inch and word count, or, the number of counted pages, pursuant to section (4)(b) or (c) of the rule must be attached to a brief. A party preparing this certificate may rely on the word count of the word processing system used to prepare the brief. The certification is not included in calculating the document's length. No such Certificate was included with Amicus's brief.

Therefore,

IT IS ORDERED that the referenced brief is rejected.

IT IS FURTHER ORDERED that within ten (10) days of the date of this Order Amicus shall electronically file with the Clerk of this Court a revised brief containing the revisions necessary to comply with the specified Rules and that Amicus shall serve copies of the revised brief on all parties of record;

IT IS FURTHER ORDERED that no changes, additions, or deletions other than those specified in this Order may be made to the brief as originally filed; and

IT IS FURTHER ORDERED that the times for any subsequent briefing contained in M. R. App. P. 13 shall run from the date of filing of the revised brief.

The Clerk is directed to provide a true copy of this Order to Amicus and to all parties of record.

DATED this 23rd day of May, 2023.

For the Court,

By _____
Justice